United States District Court
Southern District of Texas
**ENTERED**
April 29, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEANNA RODRIGUEZ | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:22-CV-02557 |
| | § | |
| WORLD WIDE FLIGHT SERVICES, INC. AND REALTERM US, INC. | § § § | |
| *Defendants.* | § | |

## ORDER

On this day, the Court considered the Unopposed Motion to Withdraw Jacqui Stump. The Court, having considered the Motion, and the agreement of counsel, is of the opinion that it should be and is hereby GRANTED. It is therefore,

ORDERED that Jacqui Stump be removed as counsel for Plaintiff. C.J. Baker shall remain as lead counsel for Plaintiff.

April 28, 2023
Date

The Honorable Alfred H. Bennett
United States District Judge